**WISCONSIN ELECTRIC POWER COMPANY, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2010–5088.

United States Court of Appeals, Federal Circuit.

March 8, 2011.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).